UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

Tory Davis,

        Plaintiff,

vs.

Domino's Pizza LLC,

        Defendant.

_____

Case No. 10-CV-2388 PAM/JSM

**ORDER OF
DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal With Prejudice entered into and filed by the parties [ECF Doc. No. 15], the above entitled matter is hereby **DISMISSED WITH PREJUDICE** on the merits and without the award of any costs, disbursements, or attorneys' fees to either party based upon and according to the parties' Stipulation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                BY THE COURT:

Dated: _May 17, 2011_           s/Paul A. Magnuson
                                         The Honorable Paul A. Magnuson
                                         United States District Court Judge